UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   21-60098 |
| CORTLAND ENERGY, LLC, | § | |
| | § | CHAPTER 11 PROCEEDING |
| Debtor | § | SUBCHAPTER V |

### PEARL SWITCH, LLC'S NOTICE OF ELECTION UNDER 11 U.S.C. § 1111(b)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE DAVID R. JONES:

COMES NOW, PEARL SWITCH, LLC ("Pearl") by and through its attorney of record hereby gives notice to the Debtor and to the Court of its election under 11 U.S.C. § 1111(b) to have its claim treated as a fully secured.

By making such election, Pearl's total claim must be treated as a single secured claim for purposes of plan confirmation.

Pearl asserts that the sales exception under section 1111(b)(1)(A)(ii) does not apply because the Debtor's plan (i) is illusory and therefore is not a sale "under the plan" and (ii) attempts to prevent Pearl from exercising a credit bid.  Further, Pearl asserts that a sale of all of a debtor's assets under a plan is not permitted in a subchapter v context.

Respectfully Submitted,

**HOWLEY LAW PLLC**

/s/ *Eric B. Terry*_____
Tom A. Howley, State Bar No. 24010115
Eric B. Terry, State Bar No. 00794729
Pennzoil Place – South Tower
711 Louisiana Street Suite 1850
Houston, Texas 77002
Phone: 713-333-9125
Email: tom@howley-law.com
           eric@howley-law.com
**COUNSEL FOR PEARL SWITCH, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served upon the following parties by the following means, in accordance with the Federal Rules of Bankruptcy Procedure, on this 28th day of April 2022.

**Counsel for Debtor (via ECF)**
Susan Tran Adams
Tran Singh LLP
2502 La Branch Street
Houston, TX 77004

**Debtor (by regular first-class mail)**
Cortland Energy, LLC
3701 Kirby Drive
Houston, TX 77098

**Subchapter V Trustee (via ECF)**
Jarrod B Martin
Chamberlain Hrdlicka
1200 Smith Street
Suite 1400
Houston, TX 77002

**The United States Trustee (via ECF)**
Office of The United States Trustee
515 Rusk Ave., Ste. 3516
Houston, TX 77002

/s/ *Eric B. Terry*
Eric B. Terry